IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEIDI SIPPEL HAAS, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 22-cv-02071 |
| v. | ) ) Honorable John Robert Blakey ) |
| STERICYCLE, INC., | ) ) |
| Defendant. | ) ) |

# JOINT STATUS REPORT

Plaintiff Heidi Sippel Haas, on behalf of herself and all additional Opt-In Plaintiffs (collectively, "Plaintiffs"), and Defendant Stericycle, Inc. ("Defendant"), by and through their respective attorneys, hereby submit this Joint Status Report in accordance with the Court's September 9, 2022 Order [ECF No. 25].

1. On September 28, 2022, the Parties participated in a day-long mediation in good faith with Mediator, Jason Bristol.

2. The Parties are actively conferring and anticipate filing a Stipulated of Dismissal for the purposes of arbitration early next week, before the expiration of the stay in this matter on October 12, 2022.

3. Accordingly, the Parties do not expect that additional case management dates in this matter will be necessary.

Dated: October 7, 2022  Respectfully submitted,

/s/ Robi J. Baishnab  /s/ Michael D. Ray
One of the attorneys for Plaintiff  One of the attorneys for Defendant
HEIDI SIPPEL HAAS  STERICYCLE, INC.

Robi J. Baishnab (Ohio 0086195)  Michael H. Cramer (ARDC No. 6199313)
NILGES DRAHER LLC  Michael D. Ray (ARDC No. 6285109)
1360 E. 9th St., Suite 808  Margot Klein (ARDC No. 6256215)
Cleveland, OH 44114  **OGLETREE, DEAKINS, NASH,**
Telephone:216.230.2955  **SMOAK & STEWART, P.C.**
*rbaishnab@ohlaborlaw.com*  155 North Wacker Drive, Suite 4300
 Chicago, Illinois 60606
Hans A. Nilges (Ohio 0076017)  Telephone:  312.558.1220
**NILGES DRAHER LLC**  *michael.cramer@ogletree.com*
7034 Braucher Street, N.W., Suite B  *michael.ray@ogletree.com*
North Canton, OH 44720  *margot.klein@ogletree.com*
Telephone:330.470.4428
*hans@ohlaborlaw.com*

Max Barack (ARDC No. 6312302)
**THE GARFINKEL GROUP, LLC**
6252 N. Lincoln Ave., Ste. 200
Chicago, IL 60659
Telephone:312.736.7991
*max@garfinkelgroup.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 7, 2022, he filed the foregoing *Joint Status Report* electronically with the Clerk of Court using the Court's ECF system, which sent notification of such filing to the following:

    Robi J. Baishnab, Esq.
    NILGES DRAHER LLC
    1360 E. 9th St., Suite 808
    Cleveland, OH 44114
    *rbaishnab@ohlaborlaw.com*

    Hans A. Nilges, Esq.
    NILGES DRAHER LLC
    7034 Braucher Street, N.W., Suite B
    North Canton, OH 44720
    *hans@ohlaborlaw.com*

    Max Barack, Esq.
    THE GARFINKEL GROUP, LLC
    6252 N. Lincoln Ave., Ste. 200
    Chicago, IL 60659
    *max@garfinkelgroup.com*

    Attorneys for Plaintiff

                                                     /s/ Michael D. Ray